IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GRACE DONALDSON,                )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      3:14cv684-MHT
                                )          (WO)
HWY 80 BIG CAT, LLC, a          )
Domestic Limited Liability      )
Company, and C GROUP            )
INCORPORATED, a Domestic        )
Corporation,                    )
                                )
    Defendants.                 )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (Doc. No. 9) is granted and that defendant HWY 80 Big Cat, LLC is dismissed and terminated as a party without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed because there is still another defendant remaining.**

**DONE, this the 28th day of August, 2014.**

                                        <u>/s/ Myron H. Thompson</u>
                                   **UNITED STATES DISTRICT JUDGE**