IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| GRACE DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:14cv684-MHT |
| | ) | (WO) |
| C GROUP INCORPORATED, a | ) | |
| Domestic Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 16), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of December, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE